

NUMBER 13-09-00400-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GEORGE HARRY DAVIS, JR.,                                                Appellant,

v.

TAMELA LASHAWN PARKS,                                                Appellee.

On Appeal from the 1st District Court
of Jasper County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides and Vela**
**Memorandum Opinion Per Curiam**

Appellant, George Harry Davis, Jr., perfected an appeal from a judgment entered by the 1st District Court of Jasper County, Texas, in cause number 29,770. Appellant has filed a motion to dismiss the appeal on grounds that he no longer desires to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 22nd day of October, 2009.